■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS KNIGHT, Appellant. (Appeal No. 2.) [719 NYS2d 917] —Judgment unanimously affirmed. Same Memorandum as in *People v Knight* (280 AD2d 937 [decided herewith]). (Resubmission of Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Rape, 1st Degree.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.